*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309

Tel:    (670) 234-37455/234-7427
Fax:    (670) 234-7256

*Attorney for* Defendant

FILED
Clerk
District Court

SEP 19 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | CR-00-00018-001 |
|---|---|
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| EPITACIO L. LUMACTOD, | |
| Defendant. | |

Pursuant to 28 USC §1746, I, Shawn M. Davis, hereby declare under penalty of perjury that on the 13th day of September, 2005, at 3:25 p.m., I personally served true and correct copy of the **Defendant's Motion to Amend Judgment for Early Termination of Probation Term / Exhibit "A"** (filed on September 13, 2005) on the U.S. Probation Office, by serving it on Melinda Brunson, probation officer at he U.S. Probation Office, 4th Floor, Horiguchi Building, Garapan, Saipan.

Executed this 15th day of September, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Shawn M. Davis

ORIGINAL