```
                                                      FILED
                                                       Clerk
                                                   District Court

                                                   OCT 13 2005
```
For The Northern Mariana Islands
By_____
     (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EPITACIO L. LUMACTOD,<br><br>Defendant. | Case No. CR-00-00018<br><br><br><br>ORDER TO SHOW CAUSE |

Attorney Vicente Salas is ordered to appear Friday, October 14, 2005, at 9:00 a.m. to show cause why the court should not sanction and / or bring disciplinary proceedings against him for failing to appear today, October 13, 2005, at 9:00 a.m. for the Motion to Amend Judgment hearing that he scheduled.

IT IS SO ORDERED.

DATED this 13th day of October, 2005.

_____
ALEX R. MUNSON
Judge