```
                                                         F I L E D
                                                            Clerk
                                                         District Court

                                                         OCT 13 2005
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

CR-00-00018                                    October 13, 2005
                                               9:15 a.m

### UNITED STATES OF AMERICA -v- EPITACIO LUMACTOD

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
           SANAE SHMULL, Court Reporter
           K. LYNN LEMIEUX, Deputy Clerk
           CRAIG MOORE, Assistant U. S. Attorney
           VICENTE SALAS, Counsel for Defendant

PROCEEDING:   MOTION TO AMEND JUDGMENT

   Attorney Vicente Salas was not present on behalf of defendant . Government by Craig Moore, AUSA.

   Court ordered that an Order to Show cause be served upon Attorney Vicente Salas as to why he was not present at this hearing. Further, this matter was taken off-calendar.

                                    Adjourned at 9:16 a.m.

                                    _____
                                    K. Lynn Lemieux, Courtroom Deputy