F I L E D
Clerk
District Court

OCT 1 4 2005

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

CR-00-00018

October 14, 2005
9:00 a.m

### UNITED STATES OF AMERICA -v- EPITACIO L. LUMACTOD

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
SANAE SHMULL, Court Reporter
K. LYNN LEMIEUX, Deputy Clerk
VICENTE SALAS, Counsel for Defendant

PROCEEDING:   HEARING ON AN ORDER TO SHOW CAUSE

Attorney Vicente Salas was present on his own behalf.

Court inquired of Attorney Salas why he shouldn't be held in contempt for not appearing at yesterday's hearing. Attorney Salas apologized to the Court.

Court after hearing apologies struck the Order to Show Cause.

Adjourned at 9:15 a.m.

K. Lynn Lemieux, Courtroom Deputy