```
                                                    FILED
                                                     Clerk
                                                 District Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EPITACIO L. LUMACTOD,<br><br>Defendant. | Case No. CR-00-00018<br><br>NOTICE OF ORDER TO VACATE<br>ORDER TO SHOW CAUSE |

THIS MATTER came before the court on Friday, October 14, 2005, for hearing of an order to show cause why Attorney Vicente Salas should not be sanctioned and / or disciplined for failing to appear yesterday, October 13, 2005, at 9 a.m. for the Motion to Amend Judgment hearing that he scheduled.

THE COURT, having received a satisfactory explanation from Attorney Vicente Salas for his failure to appear, ordered the order to show cause vacated.

DATED this 14th day of October, 2005.

_____
ALEX R. MUNSON
Judge