*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309
Tel:   (670) 234-37455/234-7427
Fax:   (670) 234-7256

*Attorney for:* Defendant

FILED
Clerk
District Court

OCT 1 8 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | CR-00-00018-001. |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO AMEND JUDGMENT FOR EARLY TERMINATION OF PROBATION TERM/ EXHIBIT "A"** |
| EPITACIO L. LUMACTOD | |
| Defendant. | |
| | Date: Nov. 17, 05 |
| | Time: 9:30 AM |

COMES NOW THE DEFENDANT, by and through his counsel, and hereby respectfully moves this court to amend this Court's judgment in the above-captioned matter by modifying defendant's probation period to allow for an early termination. In support thereof, defendant alleges as follows:

1. Judgment in the within-entitled matter was entered on May 3, 2002 and amended on August 6, 2003, to allow for a modification of supervision conditions.

2. That in said Judgment, as amended, defendant was sentenced to probation for a term of five (5) years (beginning May 2, 2002), a fine in the amount of $30,000.00, payment of a $100.00 assessment fee, costs of his supervision during the probationary period, and was further required to comply with all standard and special conditions of probation supervision.

3. That defendant has satisfactorily complied with all conditions and terms of supervision and has fully paid all fines, assessment fee and costs of

**ORIGINAL**

supervision in the amount of $235.52 per month for 60 months. Proof of payment in full in the form of official receipts and a certificate of release of lien are attached to the Declaration of Epitacio L. Lumactod, attached hereto as Exhibit "A".

4. Prior to filing, a copy of the within-entitled motion was served on the United States Probation Office.

Wherefore, based on the foregoing, the defendant, by and through counsel, respectfully prays that the Judgment entered on May 3, 2002, be further amended to allow for an early termination of his probationary period.

Respectfully submitted,

Date: 10/18/05    By: /s/ Vicente T. Salas
Vicente T. Salas, CNMI Bar #F0126

```
 1   LAW OFFICE OF
     VICENTE T. SALAS
 2     ATTORNEY AT LAW
       P.O. BOX 501309
 3   SAIPAN, MP 96950-1309
     Tel:    (670) 234-37455/234-7427
 4   Fax:    (670) 234-7256

 5   Attorney for: Defendant
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA | CR-00-00018-001. |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION BY DEFENDANT IN SUPPORT OF MOTION/ EXHIBITS 1-3 |
| EPITACIO L. LUMACTOD | |
| Defendant. | Date: |
| | Time: |

I, Epitacio L. Lumactod, declare as follows:

1. I am the defendant in the above-captioned matter and make this declaration in support of my motion to amend the judgment in my case to allow for an early termination of my probation term.

2. That since the date of judgment, I have fully and satisfactorily complied with all the standard and special terms and condition of my probation.

3. That I have fully paid all fines, assessments and costs of supervision as shown in the attached true and correct copies of receipts, marked as Exhibits "1" and "2."

4. That the monetary payments required by the judgment in the above-entitled case have all been satisfied and a release of lien has been filed of record, as indicated by the Certificate of Release of Lien, a

EXHIBIT "A"

copy of which is attached hereto as Exhibit "3."

I declare under penalty of perjury that the foregoing statements are true and correct and based on my own personal knowledge and that this declaration was executed on October 14th, 2005 at Saipan, Commonwealth of the Northern Mariana Islands.

_____
Epitacio L. Lumactod

AO 82
(Rev. 08/01)

**ORIGINAL**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

7264

RECEIVED FROM: EPITACIO L. LUMACTOD
P.O. BOX 503800
SAIPAN, MP 96950

CASE NUMBER OR OTHER REFERENCE: CR-00-00018-001

| FUND | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855___* | Deposit Funds / Registry Funds | 504100 | 2426.18 |
| 086900 | Filing Fees | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 092037 | Noticing Fees | | |
| 143500 | Interest Deposits to U.S. | | |
| 323600 | Recovery - Court Costs | | |
| 504100 | Crime Victims Fund | **TOTAL** | **2426.18** |
| 507310 | U.S. Trustee System Fund | | |
| 108000 | Forfeitures of Unclaimed Monies | | |

* Last two digits same as last two digits of DO symbol

FINE

*Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.*

DATE: 04/26/2005  CHECK ✓  # 11506

DEPUTY CLERK: [signature]

**EXHIBIT 1**

AO 82
(Rev. 08/01)

**ORIGINAL**

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
DISTRICT OF THE NORTHERN MARIANA ISLANDS

**7281**

RECEIVED FROM: EPITACIO L. LUMACTOD
P.O. BOX 503800
SAIPAN, MP 96950

| CASE NUMBER OR OTHER REFERENCE | ACCOUNT | AMOUNT |
|---|---|---|
| CR-00-00018-001 | 504100 | 14,131.20 |

| FUND | | |
|---|---|---|
| 6855___* | Deposit Funds | |
| | Registry Funds | |
| 086900 | Filing Fees | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 092037 | Noticing Fees | |
| 143500 | Interest Deposits to U.S. | |
| 323800 | Recovery – Court Costs | |
| 504100 | Crime Victims Fund | |
| 507310 | U.S. Trustee System Fund | |
| 106000 | Forfeitures of Unclaimed Monies | |

**TOTAL $14,131.20**

* Last two digits same as last two digits of DO symbol

COST OF SUPERVISION (235.52 X 60 MONTHS)
PAID IN FULL ($14,000.00 CASH / $131.20 CHECK)

Check and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE: 05/05/2005 — CASH ✓ — CHECK ✓ — DEPUTY CLERK: [signature]
#11322

EXHIBIT 2

COPY of Original Filed on this date

FILE 05-1544

MAY 2 3 2005

Clerk
District Court
for The Northern Mariana Islands

'05 MAY 24 P2:22

13 / 44

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM AND
THE DISTRICT FOR THE NORTHERN MARIANA ISLANDS

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **July 17, 2002**, as File No. **02-1474**, and on **May 4, 2005**, as File No. **05-1348**, are hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

| | | | |
|---|---|---|---|
| Name of Defendant: | Epitacio L. Lumactod | Residence: | Koblerville |
| SSN: | [redacted] | | Saipan, MP 96950 |
| SSN: | [redacted] | Mailing: | P.O. Box 503800 |
| DOB: | [redacted] | | Saipan, MP 96950 |

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands

Court Number:   CR 00-00018

Amount of Judgment:   $100.00 special assessment + $30,000.00 Fine + Cost of Probation

Place of filing:   NMI

WITNESS my hand at Hagåtña, Guam, on this, the 10th day of May, 2005.

MARIVIC P. DAVID
Assistant U.S. Attorney

A TRUE COPY
Certified this 23rd day of May 20 05
By _____
(Deputy Clerk)

EXHIBIT 3