```
LAW OFFICE OF
VICENTE T. SALAS
   ATTORNEY AT LAW
   P.O. BOX 501309
   SAIPAN, MP 96950-1309
   Tel:   (670) 234-37455/234-7427
   Fax:   (670) 234-7256
```

FILED
Clerk
District Court

OCT 18 2005

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

*Attorney for:* Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | CR-00-00018-001. |
| Plaintiff, | |
| vs. | **DECLARATION BY DEFENDANT IN SUPPORT OF MOTION/ EXHIBITS 1-3** |
| EPITACIO L. LUMACTOD | |
| Defendant. | Date: NOV 17, 2005 |
| | Time: 9:00 am |

Notice is hereby given that Defendant Epitacio L. Lumactod hereby moves this Court for a motion to amend his judgment for early termination of his probation term..

This motion shall be heard on <u>November 16, 2005, at 9:00 a.m.</u> or as soon thereafter as is possible; and is supported by the attached declaration by defendant in support of the motion.

Dated this ___18th___ day of October, 2005.

Respectfully submitted,

By: _____
VICENTE T. SALAS, CNMI Bar #F0126
Attorney for Defendant Epitacio L. Lumactod

**ORIGINAL**