*LAW OFFICE OF*
**VICENTE T. SALAS**
ATTORNEY AT LAW
P.O. BOX 501309
SAIPAN, MP 96950-1309

Tel:  (670) 234-37455/234-7427
Fax: (670) 234-7256

*Attorney for* Defendant

District Court

OCT 2 4 2005

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | CR-00-00018-001 |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| EPITACIO L. LUMACTOD, | |
| Defendant. | |

Pursuant to 28 USC §1746, I, Judi C. Fujihira, hereby declare under penalty of perjury that on the 18th day of October, 2005, at 3:10 p.m., I personally served true and correct copy of the **Defendant's Motion to Amend Judgment for Early Termination of Probation Term / Exhibit "A" and Notice of Hearing** (filed on October 18, 2005) on the U.S. Probation Office, by serving it on Tracey Perez, secretary at the U.S. Probation Office, 4th Floor, Horiguchi Building, Garapan, Saipan.

Executed this 18th day of October, 2005, on Saipan, Commonwealth of the Northern Mariana Islands.

_____
Judi C. Fujihira

**ORIGINAL**