F I L E D
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELPITACIO I. LUMACTOD,<br><br>Defendant. | Criminal No. 00-00018<br><br>Order Rescheduling Motion for Pre-Judgment Attachment Hearing Time |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Vicente Salas
Attorney at Law
P.O. Box 501309
Saipan, MP 96950

IT IS ORDERED that the Prejudgment Attachment Hearing scheduled for Thursday, November 17, 2005, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

DATED this 14th day of November, 2005

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)