FILED
Clerk
District Court

NOV 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELPITACIO I. LUMACTOD,<br><br>Defendant. | Criminal No. 00-00018<br><br><br>Amended Order |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Vicente Salas
Attorney at Law
P.O. Box 501309
Saipan, MP 96950

IT IS ORDERED that the hearing scheduled for Thursday November 17, 2005, at 8:30 a.m., is a Motion to Amend not a Prejudgment Attachment Hearing as stated in the Order filed on November 14, 2005.

DATED this 15th day of November, 2005

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)

60