Clerk
District Court

NOV 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CR-00-00018

November 17, 2005
8:30 a.m

**UNITED STATES OF AMERICA -v- EPITACIO LUMACTOD**

PRESENT:   HON. ALEX R. MUNSON, Chief Judge Presiding
RANDY SCHMIDT, Law Clerk
FAYE CROZAT, Court Reporter
K. LYNN LEMIEUX, Deputy Clerk
TIMOTHY MORAN, Assistant U. S. Attorney
VICENTE SALAS, Counsel for Defendant

PROCEEDING:   MOTION TO AMEND JUDGMENT

Attorney Salas was present on behalf and with defendant. Government by Timothy Moran, AUSA.

Both counsel rested on their pleadings.

Court GRANTED the motion and further ordered that all the advance payments for his probation be refunded.

Adjourned at 8:35 a.m.

K. Lynn Lemieux, Courtroom Deputy