FILED
Clerk
District Court

NOV 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff  ) <br> ) <br> v.  ) <br> ) <br> EPITACIO I. LUMACTOD,  ) <br> ) <br> Defendant  ) <br> ) | Criminal Case No. 00-00018 <br><br> NOTICE OF ORDER GRANTING MOTION TO AMEND SENTENCE TO TERMINATE PROBATION EARLY |

THIS MATTER came before the court on Thursday, November 17, 2005, for hearing of defendant's motion to amend the judgment by early termination of his term of probation. Plaintiff appeared by and through Assistant U.S. Attorney Timothy E. Moran; defendant appeared personally and by and through his attorney, Vicente T. Salas.

THE COURT, having considered the written arguments of counsel and having afforded them the opportunity for oral argument,

AO 72
(Rev. 8/82)

GRANTED defendant's motion for the following reasons. The original crime did not involved violence. Further, defendant has exhibited exemplary behavior during his term of probation, including full pre-payment of the fines and costs imposed upon him. The court concludes that the very limited resources of the U.S. Probation Office in this district can be put to better use monitoring defendants who have not shown the level of cooperation and adherence to probation requirements displayed by this defendant. Finally, the court finds that it is appropriate to make it known in the community that a person whose conduct while on probation is in full compliance with all terms placed upon him or her may seek relief from the court in the nature of early termination of probation.

It was also ordered that the U.S. Probation Office shall take such steps as are necessary to insure that the pre-paid but unused costs of monitoring are returned to defendant expeditiously.

DATED this 17th day of November, 2005.

*Alex R. Munson*

ALEX R. MUNSON
Judge