1 | **LUMACTOD_E.ref**

DEC 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Clerk
District Court

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910-5059
TEL: 472-7332
6 | FAX: 472-7215

7 | Attorney's for United States of America

8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE NORTHERN MARIANA ISLANDS

11 |

12 | UNITED STATES OF AMERICA,          )          CRIMINAL CASE NO. 00-00018
                                       )
13 |          Plaintiff,                )
                                       )
                                       )          PETITION TO REFUND
14 |          v.                        )          OVERPAYMENT OF
                                       )          SUPERVISION COSTS; ORDER
15 | EPITACIO LUMACTOD,                 )
                                       )
16 |          Defendant.                )
     _____)

17 |

18 |

19 |                              PETITION

20 |          COMES NOW the United States of America, by and through its undersigned counsel, and

21 | respectfully petitions this Court for the entry of an order refunding the overpaid portion of the

22 | probation costs imposed against the Defendant and in support states as follows:

23 |          1.          On May 3, 2002, sentence was imposed by this Court against Defendant

24 | EPITACIO LUMACTOD.  A $30,000.00 fine, a $100.00 special assessment fee and the cost of

25 | his supervision were ordered.  See Attachment "A."

26 |          2.          Defendant EPITACIO LUMACTOD executed a Financial Obligation Agreement

27 | to pay the cost of supervision at $235.52 per month for a total of $14,131.20. See Attachment

28 | "B."

3.      Defendant EPITACIO LUMACTOD paid his cost of supervision $14,131.20 in full on May 5, 2005.  See Attachment "C."

4.      On November 17, 2005, this Court granted Defendant EPITACIO LUMACTOD's request for early termination of his probation and issued an amended judgment reducing Defendant EPITACIO LUMACTOD term of probation to forty-two months and 17 days.

5.      The total cost of supervision is $10,025.29 which is calculated as follows:

$ 9,891.84    $235.52 x 42 months

$   133.45    $235.52 ÷ 30 (days of November) x 17 days

$10,025.29    TOTAL COSTS

$14,131.20    Amount collected (see attachment C)

$  4,105.91    Amount overpaid

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1     6.     Plaintiff respectfully requests that the Court refund the full amount of

2   overpayment by issuing a check in the amount of $4,105.91 to Epitacio Lumactod and mailing

3   the check to his last known address or attorney of record.

4         DATED this ___7th___ day of ___December_____, 2005.

5

6                                        LEONARDO M. RAPADAS
                                         United States Attorney
7                                        Districts of Guam and the NMI

8

9                           By:
                                         _____
10                                       MARIVIC P. DAVID
                                         Assistant U.S. Attorney

11   AGREED AS TO FORM AND SUBSTANCE:

12

13   F. MICHAEL CRUZ
     Chief Probation Officer
     Districts of Guam and the NMI
14

15   By:  _____
16        MELINDA N. BRUNSON
          U.S. Probation Officer
17

18

19                            ORDER OF REFUND

20

21         Based upon the foregoing, the overpaid portions of the cost of supervision in the amount

22   of $4,105.91 shall be refunded to defendant Epitacio L. Lumactod and the check mailed to his

     last known address or attorney of record.
23

24

25   DATED: ___12-12-2005___

26                                       _____
                                         ALEX R. MUNSON
27   **RECEIVED**                        Chief Judge
                                         District Court for the Northern
28     DEC 1 2 2005                          Mariana Islands

AO 245B (Rev. 3/01) Judgment in a Criminal (
    Sheet 1

# United States District Court

## District of the Northern Mariana Islands

UNITED STATES OF AMERICA
**V.**

EPITACIO L. LUMACTOD

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: CR-00-00018-001

Vicente Salas, Esq.
Defendant's Attorney

COPY ca
Original Filed
on this date

MAY 0 5 2002

Clerk
District Court
For The Northern Mariana Islands

**THE DEFENDANT:**

[✓] pleaded guilty to count(s)  I

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §666(a)(2) | Bribery Concerning Programs Receiving Federal Funds | 02/29/2000 | I |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: ███████0

Defendant's Date of Birth: ████████

Defendant's USM No.: 00226-005

Defendant's Residence Address:
Koblerville

Saipan, MP 96950

Defendant's Mailing Address:
P.O. Box 503800

Saipan, MP 96950

05/03/2002
Date of Imposition of Judgment

*Alex R. Munson* (signature)
Signature of Judicial Officer

Hon. Alex R. Munson, Chief Judge
Name and Title of Judicial Officer

*May 3, 2002*
Date

EXHIBIT
A

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
     Sheet 4—Probation

---

DEFENDANT:    EPITACIO L. LUMACTOD
CASE NUMBER:  CR-00-00018-001

Judgment—Page __2__ of __4__

# PROBATION

The defendant is hereby sentenced to probation for a term of       **Five Years**      .

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

☑ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
    future substance abuse.

☑ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 3/01) Judgment in a Criminal Case
          Sheet 4C — Probation

DEFENDANT:    EPITACIO L. LUMACTOD
CASE NUMBER:  CR-00-00018-001

Judgment—Page __2.01__ of __4__

# SPECIAL CONDITIONS OF SUPERVISION

The term of probation will commence immediately and will require the defendant comply with the following conditions:

1. That the defendant shall not commit another federal, state, or local crime;

2. That the defendant shall comply with the standard condtions of Probation as set forth by the U.s. Probation Office;

3. That the defendant shall not possess a firearm or other dangerous weapon;

4. That the defendant shall refrain from any unlawful use of a controlled substance. The mandatory condition for urinalysis as set forth in 18 U.S.C. §3563 (a)(4) is hereby suspended in that the defendant's presentence report indicates he has no history of substance abuse;

5. That the defendant shall  maintain gainful employment;

6. That the defendant shall pay a fine of $30,000 immediately following sentencing.  The payment of the fine shall be made to the United States District Court of the Northern Mariana Islands, P.O. Box 500687, Saipan, MP 96950, Attention Clerk of Court; and

7. That the defendant shall pay for the cost of his supervision during his term of Probation.

AO 245B (Rev. 3/01) Judgment in a Criminal (
    Sheet 5 — Criminal Monetary Penalties

Judgment — Page    3    of    4

DEFENDANT: **EPITACIO L. LUMACTOD**
CASE NUMBER: **CR-00-00018-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 30,000.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ If applicable, restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine and/or    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine and/or    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 3/01) Judgment in a Criminal
Sheet 6 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___4___

DEFENDANT: EPITACIO L. LUMACTOD
CASE NUMBER: CR-00-00018-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☑ Lump sum payment of $ ___30,100.00___ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

☐ Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

## U.S. PROBATION OFFICE
### DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS

## FINANCIAL OBLIGATION AGREEMENT

NAME: _____ **LUMACTOD, Epitacio** _____    REG. NO.: ____ __00226-005__ ____

I understand that as part of my sentence in Docket Number: __00-00018-001__
of the United States District Court, District of the Northern Mariana Islands, the Court has
ordered the following monetary obligation be paid by me:

❑    Restitution

❑    Fine

X    Other:    Cost of Supervision - $14,131.20 ($235.52 x 60 months)

I understand the full amount to be paid is  $ 14.131.20   I agree to make monthly
payments in the amount of   IN FULL   effective  May 5, 2005   and continuing
month thereafter, until this obligation is paid in full. I also understand that should my financial
situation improve, my monthly payments will increase accordingly.

I understand that failure to make these court ordered payments constitutes a violation of
my probation/parole/supervised release and could result in a warrant being issued for my arrest.

_____                    _____
DEFENDANT                                  DATE

_____                    _____
WITNESS                                    DATE

Comments: _____
_____
_____

Original to File
Copy to Probationer/Parolee/Releasee



ORIGINAL

AO 82
(Rev. 08/01)

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
DISTRICT OF THE NORTHERN MARIANA ISLANDS

7281

RECEIVED FROM: EPITACIO L. LUMACTOD

P.O. BOX 503800

SAIPAN, MP 96950

| CASE NUMBER OR OTHER REFERENCE | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|
| CR-00-00018-001 | | 504100 | 14,131 | 20 |
| **FUND** | | | | |
| 6855___* | Deposit Funds | | | |
| | Registry Funds | | | |
| 086900 | Filing Fees | | | |
| 322350 | Copy Fees | | | |
| 322360 | Miscellaneous Fees | | | |
| 092037 | Noticing Fees | | | |
| 143500 | Interest Deposits to U.S. | | | |
| 323800 | Recovery -- Court Costs | | | |
| 504100 | Crime Victims Fund | | | |
| 507310 | U.S. Trustee System Fund | TOTAL | $14,131 | 20 |
| 106000 | Forfeitures of Unclaimed Monies | | | |

* Last two digits same as last two digits of DO symbol

COST OF SUPERVISION (235.52 X 60 MONTHS)
PAID IN FULL ($14,000.00 CASH / $131.20 CHECK)

*Check and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.*

| DATE | CASH | CHECK | M.O. | CREDIT | DEPUTY CLERK |
|---|---|---|---|---|---|
| 05/05/2005 | ✓ | ✓ | | | |

#11322



EXHIBIT
C

AO 245C   (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 1
(NOTE: Identify Changes with Asterisks)

# UNITED STATES DISTRICT COURT

### District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EPITACIO LUMACTOD aka "TOOTS" | **AMENDED JUDGMENT IN A CRIMINAL CASE** |

**Date of Original Judgment:** 05/03/2002
(Or Date of Last Amended Judgment)

Case Number: CR-00-00018-001

USM Number: _____

VICENTE SALAS, ESQ.
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☑ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C § 3664)

~~COPY of Original Filed on this date~~

~~NOV 1 8 2005~~

~~Clerk~~
~~District Court~~
~~For The Northern Mariana Islands~~

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   I

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §666(a)(2) | Bribery Concerning Programs Receiving Federal Funds | 2/29/2000 | I |

The defendant is sentenced as provided in pages 2 through   5   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/17/2005
Date of Imposition of Judgment

*Alex R. Munson*
Signature of Judge

ALEX R. MUNSON          CHIEF JUDGE
Name of Judge           Title of Judge

*November 18, 2005*
Date



AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 4 — Probation

(NOTE: Identify Changes with Asterisks)

DEFENDANT: EPITACIO LUMACTOD aka "TOOTS"
CASE NUMBER: CR-00-00018-001

Judgment—Page __2__ of __5__

# PROBATION

The defendant is hereby sentenced to probation for a term of:

\* 42 months and 17 days

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☑ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with Schedule of Payments sheet of this judgment.

     The defendant shall comply with the standard conditions that have been adopted by this court as well as with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
           Sheet 4C — Probation                                                     (NOTE: Identify Changes with Asterisk

DEFENDANT:  EPITACIO LUMACTOD aka "TOOTS"                      Judgment—Page ___3___ of ___5___
CASE NUMBER:  CR-00-00018-001

## SPECIAL CONDITIONS OF SUPERVISION

The term of probation will commence immediately and will require the defendant comply with the following conditions:

1.  That the defendant shall not commit another federal, state, or local crime;

2.  That the defendant shall comply with the standard condtions of Probation as set forth by the U.s. Probation Office;

3.  That the defendant shall not possess a firearm or other dangerous weapon;

4.  That the defendant shall refrain from any unlawful use of a controlled substance. The mandatory condition for urinalysi as set forth in 18 U.S.C. §3563 (a)(4) is hereby suspended in that the defendant's presentence report indicates he has no history of substance abuse;

5.  That the defendant shall  maintain gainful employment;

6.  That the defendant shall pay a fine of $30,000 immediately following sentencing.  The payment of the fine shall be made to the United States District Court of the Northern Mariana Islands, P.O. Box 500687, Saipan, MP  96950, Attention Clerk of Court.  Further, any balance owing shall be paid in a payment agreement to be determined by the probation officer; and

7.  That the defendant shall pay for the cost of his supervision during his term of Probation in a payment agreement to be determined by the Probation Officer.

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties                                    (NOTE: Identify Changes with Asterisks

DEFENDANT:   EPITACIO LUMACTOD aka "TOOTS"                          Judgment --- Page   4   of   5
CASE NUMBER:  CR-00-00018-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|            | **Assessment** | **Fine**   | **Restitution** |
|------------|----------------|------------|-----------------|
| **TOTALS** | $ 100.00       | $ 30,000.00 | $ 0.00         |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be
   entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified other
in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be
before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |
|                   |                 |                         |                            |
|                   |                 |                         |                            |

| **TOTALS** | $ _____ | $ _____ |
|------------|---------------|---------------|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before th
   fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subje
   to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   ☒  the interest requirement is waived for   ☐  fine   ☐  restitution.

   ☐  *the interest requirement for*   ☐  *fine*   ☐  *restitution is modified as follows:*

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on
after September 13, 1994, but before April 23, 1996.

AO 245C    (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments                                      (NOTE: Identify Changes with Asterisks

Judgment — Page  5  of  5

DEFENDANT: EPITACIO LUMACTOD aka "TOOTS"
CASE NUMBER: CR-00-00018-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☑ Lump sum payment of $ __30,100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

B  ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☑ Special instructions regarding the payment of criminal monetary penalties:

    The defendant shall pay his fine and cost of probation in a payment agreement to be determined by the probation officer.
    * It is further ordered that the U.S. Probation Office shall take such steps as are necessary to insure that the pre-paid but unused costs of monitoring are returned to the defendant expeditiously.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Priso Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.